IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED FORMING, INC., <br><br> Plaintiff, <br><br> v. <br><br> McDONNEL GROUP, LLC and ARCHER WESTERN CONSTRUCTION, LLC d/b/a McDonnel-Archer Western Joint Venture; and TRAVELERS CASUALTY AND SURETY OF AMERICA <br><br> Defendants. | CIVIL ACTION NO. _____ <br><br> JURY DEMAND |

## COMPLAINT

TO THE HONORABLE JUDGES OF THE COURT:

COMES NOW, Plaintiff United Forming, Inc. ("Plaintiff or UFI"), and makes this Complaint against Defendants The McDonnel Group, LLC ("McDonnel") and Archer Western Construction, LLC ("Archer"), doing business as McDonnel - Archer Western Joint Venture (the "McDonnel/Archer JV"), and Travelers Casualty and Surety Company ("Travelers") and shows the Court as follows:

### JURISDICTION AND VENUE

1.   Plaintiff United Forming, Inc. is a Georgia corporation with its principal place of business located at 470 Riverside Parkway, Austell, Cobb County, Georgia 30168.

2.   Defendant The McDonnel Group, LLC is a Louisiana limited liability company with its principal place of business located at 3350 Ridgelake Drive, Suite 170, Metairie, Jefferson Parish, Louisiana 70002.  Upon information and belief, Ben Allan McDonnel, Jr. and

David Matthew McDonnel, Sr., the members of The McDonnel Group, LLC, are both domiciled in Louisiana. McDonnel may be served with process by serving a summons and copy of this complaint upon its registered agent in Louisiana, Ben Allan McDonnel, Jr. 3350 Ridgelake Drive, Suite 170, Metairie, Louisiana, 70002.

3. Defendant Archer Western Construction, LLC is an Illinois limited liability company with its principal place of business located at 929 West Adams Street, Chicago, Cook County, Illinois 60607. Upon information and belief, the only member of Archer Western Construction, LLC is the Walsh Construction Group, LLC, an Illinois limited liability company whose members, Matthew M. Walsh, Daniel J. Walsh, Matthew M. Walsh, IV, Sean C. Walsh, Erin O. Gibbons, Margaret H. Walsh, Daniel P. Walsh, and Brian R. Walsh, are all domiciled in Illinois. Archer can be served with process by serving a summons and copy of this complaint upon its registered agent in Louisiana, the Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802.

4. Defendant Travelers Casualty and Surety of America is a Connecticut corporation with its principal place of business located at 1 Tower Square, Hartford, Hartford County, Connecticut 06183. Travelers can be served with process by serving a summons and copy of this complaint upon the Louisiana Secretary of State, Thomas Schedler, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

5. This Court has subject matter jurisdiction of this action under 28 U.S.C. §1332 as there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

6. This Court has jurisdiction and venue over the Defendants under 28 U.S.C. §1391(b)(2) as the contract that is the subject of this litigation dictates such action be brought in the state of Louisiana, as the state where the later-mentioned Project is located, and such Project occurred in New Orleans under the jurisdiction of this Court.

## BACKGROUND AND FACTS

7. On or about October 4, 2011 UFI entered into a subcontract agreement (the "Subcontract") with the McDonnel/Archer JV whereby UFI agreed to fabricate, deliver and install all concrete formwork for the Orleans Parish Sheriff Office – Intake Processing Center/Templeman III & IV Replacement Project (the "Project"), for which the McDonnel/Archer JV served as general contractor.

8. The McDonnel/Archer JV furnished a payment bond on the Project for the benefit of Plaintiff and other potential claimants. Travelers issued such bond for the Project on behalf of the McDonnel/Archer JV.

9. Pursuant to the Subcontract, the McDonnel/Archer JV agreed to financially compensate Plaintiff in the amount of $4,838,945.00 for completion of Plaintiff's work on the Project.

10. As required by the Subcontract, Plaintiff provided the necessary labor and materials to complete all the work required of Plaintiff pursuant to the Subcontract and remediation services beyond the requirements of the Subcontract in order to further assist the McDonnel/Archer JV.

11. Plaintiff has an unpaid claim in the principal amount of $225,124.00 for labor and materials furnished on the Project.

12. Defendants have failed and/or refused to remit full payment to Plaintiff for work completed pursuant to the Subcontract and the payment bond issued by Travelers.

## COUNT I – BREACH OF CONTRACT

13. Plaintiff re-alleges each preceding paragraph of this Complaint as though fully set forth herein and incorporated hereof.

14. Plaintiff has fulfilled its contractual obligations by providing the requisite labor and materials for Plaintiff's work on the Project pursuant to the Subcontract.

15. The McDonnel/Archer JV has failed and/or refused to fully pay for the work that was performed by Plaintiff pursuant to the Subcontract, resulting in a substantial loss and damages to Plaintiff.

16. The McDonnel/Archer JV's failure to pay for the work that was performed by Plaintiff is a material breach of the Subcontract.

17. As a direct, proximate and foreseeable result of the McDonnel/Archer JV's breach of the Subcontract, Plaintiff has been damaged in the amount of $225,124.00, plus interest thereon and all costs of this action.

18. All conditions precedent to Plaintiff's right to recover against the McDonnel/Archer JV on this claim have occurred, or have been performed, waived, satisfied or otherwise excused.

## COUNT II- BREACH OF PAYMENT BOND AGAINST TRAVELERS

19. Plaintiff re-alleges each preceding paragraph of this Complaint as though fully set forth herein and incorporated hereof.

20. Travelers issued a payment bond naming the McDonnel/Archer JV as Principle and itself as Surety for the Project.

21. Pursuant to the payment bond, Travelers is obligated to pay all monies that are due and owing to claimants who have performed work on the Project.

22. Plaintiff is a proper claimant under the payment bond as it provided labor and materials to the Project.

23. Plaintiff has requested and demanded that Travelers pay the $225,124.00 due and owing to Plaintiff pursuant to the work Plaintiff performed on the Project.

24. Travelers has failed and/or refused to pay Plaintiff the amount due and owing pursuant to Travelers's obligations under the payment bond.

25. Plaintiff is therefore entitled to damages as a result of Traveler's breach of its payment bond obligations to pay Plaintiff for the work performed on the Project, in the amount of $225,124.00, plus interest thereon and all costs of this action

26. All conditions precedent to Plaintiff's right to recover against the McDonnel/Archer JV on this claim have occurred, or have been performed, waived, satisfied or otherwise excused.

**COUNT III – QUANTUM MERUIT AGAINST THE McDONNEL/ARCHER JV**

27. Plaintiff re-alleges each preceding paragraph of this Complaint as though fully set forth herein and incorporated hereof.

28. At the request and insistence of the McDonnel/Archer JV, Plaintiff provided valuable services, specifically labor and materials, for the completion of work on the Project.

29. The McDonnel/Archer JV knowingly and purposefully accepted the benefit of said services provided by Plaintiff and there is therefore an implied promise of payment for the reasonable value of the services provided by Plaintiff to the McDonnel/Archer JV.

30. Accordingly, under the doctrine of quantum meruit, the McDonnel/Archer JV is liable to Plaintiff in the principal amount of $225,124.00, representing the reasonable value of services provided by Plaintiff, which amount has not been paid, plus interest thereon and all costs of this action.

31. All conditions precedent to Plaintiff's right to recover against the McDonnel/Archer JV on this claim have occurred, or have been performed, waived, satisfied or otherwise excused.

## COUNT IV – UNJUST ENRICHMENT AGAINST THE McDONNEL/ARCHER JV

32. Plaintiff re-alleges each preceding paragraph of this Complaint as though fully set forth herein and incorporated hereof.

33. At the request and insistence of the McDonnel/Archer JV, Plaintiff provided valuable services, specifically labor and materials, for the completion of work on the Project.

34. The McDonnel/Archer JV has refused to pay for all such services rendered by Plaintiff and, therefore, the McDonnel/Archer JV has been unjustly enriched. Equity requires the McDonnel/Archer JV to compensate Plaintiff for the benefit it received.

35. Accordingly, Plaintiff is entitled to recover from the McDonnel/Archer JV the reasonable value of the services rendered in the amount of no less than $225,124.00, representing the reasonable value of services provided by Plaintiff, plus interest thereon and all costs of this action.

36.     All conditions precedent to Plaintiff's right to recover against the McDonnel/Archer JV on this claim have occurred, or have been performed, waived, satisfied or otherwise excused.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff United Forming, Inc. prays:

(a)     That process issue and be served upon the Defendants;

(b)     That Plaintiff have a jury trial of all matters triable hereunder;

(c)     That Plaintiff have and recover a judgment against Defendants, in an amount to be proved at the trial of this case, plus prejudgment interest;

(d)     That Plaintiff have and recover reasonable expenses of litigation, including attorney's fees; and

(e)     That the Court award Plaintiff any and all further relief at law or in equity as the Court deems just and proper.

Respectfully submitted,

**LOEB LAW FIRM**

BY:     /s/ *Jonas P. Baker*
         J. SCOTT LOEB (#25771)
         JONAS P. BAKER (#25563)
         1180 West Causeway Approach
         Mandeville, Louisiana  70471
         Tel.:  (985) 778-0220
         Fax:  (985) 246-5639
         Email: sloeb@loeb-law.com
                 jbaker@loeb-law.com

**COUNSEL FOR UNITED FORMING, INC.**

7

**OF COUNSEL FOR UNITED FORMING, INC.**
Neil Wilcove – Trial Attorney
Daniel A. Nicholson
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Ga. 30339-5948
Telephone: (770) 818-4254
Facsimile: (770) 937-9960
nwilcove@fmglaw.com
dnicholson@fmglaw.com